IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 1:19 CR 785 |
| v. | ) | CASE NO. _____ |
| | ) | Title 21, United States Code |
| DWAYNE SCRUGGS | ) | Sections 841(a)(1), (b)(1)(D), |
| RAHMAN MCDANIEL | ) | and 846 |
| CHRISTOPHER GARDNER, | ) | |
| | ) | JUDGE POLSTER |
| Defendants. | ) | |

COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Marijuana,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about December 2018 to on or about May 9, 2019, in the Northern District of Ohio, Eastern Division, Defendants DWAYNE SCRUGGS, RAHMAN MCDANIEL, and CHRISTOPHER GARDNER, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with diverse others known and unknown to the Grand Jury, to distribute and possess with intent to distribute less than 50 kilograms of a mixture and substance containing a detectable amount marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Marijuana, 21 U.S.C. § 841)

The Grand Jury further charges:

2. On or about May 9, 2019, in the Northern District of Ohio, Eastern Division, Defendant DWAYNE SCRUGGS AND RAHMAN MCDANIEL did knowingly and intentionally possess with intent to distribute less than fifty kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.